# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>M. MARCHAK, et al.,<br><br>　　　　Defendants. | 1:14-cv-01689-LJO-BAM (PC)<br><br>ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $400.00 FILING FEE<br><br>(ECF No. 1) |

　　　　Plaintiff Raymond Alford Bradford ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights actions pursuant to 42 U.S.C. § 1983 on October 29, 2014. Plaintiff seeks leave to proceed in forma pauperis in this case. (ECF No. 1.)

　　　　However, Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1] The Court has reviewed Plaintiff's complaint and his allegations do not

---

[1] The Court takes judicial notice of the following United States District Court cases: Bradford v. White, 2:98-cv-00180-FCD-JFM PC (dismissed 06/03/1999 as time barred); Bradford v. Terhune, 2:02-cv-01859-FCD-GGH PC (dismissed 06/18/2003 pursuant to section 1915(g) on a motion to dismiss); Bradford v. Terhune, 1:04-cv-05496-AWI-DLB PC (dismissed 10/21/2004 for failure to state a claim); Bradford v. Grannis, 2:05-cv-00862-FCD-DAD PC (dismissed 9/30/2005 for failure to state a claim and as frivolous; and Bradford v. Superior Court of California, 1:07-cv-01031-OWW-LJO (dismissed 08/21/2007 as frivolous).

satisfy the imminent danger exception to section 1915(g).[2]  Andrews v. Cervantes, 493 F.3d 1047, 1055-56 (9th Cir. 2007).  Therefore, Plaintiff must pay the $400.00 filing fee if he wishes to litigate this claim.

        Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion for leave to proceed in forma pauperis in this action is DENIED;
2. This action is DISMISSED without prejudice to re-filing accompanied by the $400.00 filing fee; and
3. The Clerk of the Court shall enter judgment.

IT IS SO ORDERED.

    Dated:   **November 4, 2014**             **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

4.

---

[2] Plaintiff alleges that he has been involuntarily medicated with psychotropic medication due to mental illness since approximately November 2012.  Plaintiff claims that an administrative law judge has continued to allow the involuntary medication to continue via a Keyhea petition, but that the medication causes side effects, such as dizziness, headaches, chest pain and blurred vision.  By his own admission, Plaintiff has been involuntarily medicated with psychotropic medications since 2012, and has been complaining of medication side effects from November 6, 2013, to the present.  (ECF No. 1, p. 8.)  Such an admission suggests that any purported side effects from the medication, which he has been experiencing for at least 1 year, do not demonstrate imminent danger of serious physical injury at the time the complaint was filed.