# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>M. MARCHAK, et al.,<br><br>  Defendants. | Case No.  1:14-cv-01689-LJO-BAM-PC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF NO. 2) |

    Plaintiff is a state prisoner proceeding pro se pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    This action proceeds on the October 29, 2014, complaint.  Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR) at CSP Corcoran, brings this action against Defendants M Marchak, S. Grewal, L. Clausell, and J. Depovic, employees of the CDCR at CSP Corcoran.  Plaintiff alleges that Defendants subjected him to involuntary psychiatric medication in violation of the Eighth Amendment and the Due Process Clause of the Fourteenth Amendment.  On November 5, 2014, an order was entered, denying Plaintiff leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g), on the

ground that Plaintiff failed to allege facts that satisfy the imminent danger standard of § 1915(g). <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1055-56 (9th Cir. 1997). (ECF No. 2.)  On June 27, 2016, an order was entered by the Ninth Circuit Court of Appeals, reversing the dismissal entered on November 5, 2014.[1]  The Ninth Circuit held that Plaintiff plausibly alleges imminent danger of serious physical injury, given the allegations in the complaint.  Plaintiff should therefore be granted leave to proceed in forma pauperis.  Plaintiff has not, however, filed an application to proceed in forma pauperis.  Pursuant to 28 U.S.C. § 1915(a)(1), Plaintiff must submit an application for leave to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff s an application to proceed in forma pauperis by a state prisoner; and
2. Plaintiff shall, within thirty days of the date of service of this order, complete and return the application to proceed in forma pauperis to the Court.  Plaintiff's failure to do so will result in a recommendation that this action be dismissed for failure to prosecute and to obey a Court order.

IT IS SO ORDERED.

Dated:   **September 9, 2016**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The formal mandate was filed in this Court on September 7, 2016. (ECF No. 11.)

2