# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>M. MARCHAK, et al.,<br><br>Defendants. | Case No.: 1:14-cv-01689-LJO-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 32) |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's opposition to Defendant Grenwal's request for an extension of time to respond to the second amended complaint. (ECF No. 32.) As the Court has granted Defendant Grenwal's request, the Court construes this opposition as an objection to that order.

Plaintiff vaguely asserts that he will be prejudiced by the extension of time. The Court finds no prejudice to Plaintiff in the brief extension which was granted to Defendant upon good cause shown.

Accordingly, Plaintiff's opposition, construed as an objection to the order granting Defendant's request for an extension of time to respond to the second amended complaint, is HEREBY OVERRULED.

IT IS SO ORDERED.

Dated: **August 30, 2017**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE