**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. MARCHAK, et al.,<br><br>　　　　Defendants. | ) Case No.: 1:14-cv-01689-LJO-BAM (PC)<br>)<br>) ORDER ADOPTING FINDINGS AND<br>) RECOMMENDATIONS, AND DENYING<br>) PLAINTIFF'S REQUESTS FOR A PRELIMINARY<br>) INJUNCTION<br>)<br>) [Doc No. 39, 51, 54, 70, 71, 268]<br>)<br>)<br>) |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's second amended complaint against Defendants Marchak, Grewal, Depovic, and Clausell for the unnecessary and wanton infliction of pain in violation of the Eighth Amendment. (Doc. No. 21.)

On April 2, 2018, the assigned Magistrate Judge issued findings and recommendations recommending the denial of Plaintiff's several motions for preliminary injunction seeking to stay his court-ordered involuntary medication. (Doc. No. 268.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (*Id.*) On April 16, 2018, Plaintiff timely filed objections. (Doc. No. 290.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a d*e novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Plaintiff's objections raise no new issues not properly addressed by the Magistrate Judge.

1

1    Accordingly, it is HEREBY ORDERED that:

2        1.    The April 2, 2018 findings and recommendations (Doc. No. 268) are adopted in full;

3    and

4        2.    Plaintiff's motions for a preliminary injunction (Doc. Nos. 39, 51, 54, 70, 71), are

5    denied.

6

7    IT IS SO ORDERED.

8        Dated:    **April 17, 2018**                    **/s/ Lawrence J. O'Neill**
9                                                        UNITED STATES CHIEF DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28