UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>M. MARCHAK, et al.,<br><br>Defendants. | Case No.: 1:14-cv-01689-LJO-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTIONS TO STRIKE (ECF Nos. 288, 289, 292, 293) AND PLAINTIFF'S MOTION TO COMPEL (ECF No. 291) |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's second amended complaint against Defendants Marchak, Grewal, Depovic, and Clausell for the unnecessary and wanton infliction of pain in violation of the Eighth Amendment. (ECF No. 21.)

In the Court's orders issued on April 2, 2018 (ECF No. 266) and April 16, 2018 (ECF No. 287), Plaintiff was informed that future repetitive, misnamed, overlapping, and otherwise harassing filings would be summarily denied.

Accordingly, Plaintiff's four motions to strike are denied. (ECF Nos. 288, 289, 292, 293). The fact that Plaintiff disagrees with Defendants' arguments or defenses is not sufficient grounds to strike their filings. The Court will not further entertain such motions to strike, and any future such motion will be summarily denied.

1

Further, Plaintiff's motion to compel and for sanctions against Defendant Marchak (ECF No. 291) is repetitive and duplicative of his previous motions addressed by the Court's April 16, 2018 order, and is denied.

IT IS SO ORDERED.

Dated: **April 17, 2018**           /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE