# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>M. MARCHAK, et al.,<br><br>  Defendants. | Case No.: 1:14-cv-01689-LJO-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTIONS TO STRIKE (ECF Nos. 288, 289, 292, 293) AND PLAINTIFF'S MOTION TO COMPEL (ECF No. 291) |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

In the Court's orders issued on April 2, 2018 (Doc. 266) and April 16, 2018 (Doc. 287), Plaintiff was informed that future repetitive, misnamed, overlapping, and otherwise harassing filings would be summarily denied. Plaintiff has filed two more meritless motions to strike. (Docs. 298, 299.)

Accordingly, Plaintiff's motions to strike (Docs. 298, 299) are denied.

IT IS SO ORDERED.

  Dated: __**April 24, 2018**__          /s/ *Barbara A. McAuliffe* _
                                  UNITED STATES MAGISTRATE JUDGE