1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> M. MARCHAK, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 1:14-cv-1689-LJO-BAM (PC) <br><br> ORDER REGARDING PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR ACCESS TO LEGAL PROPERTY AND LEGAL SUPPLIES AND REQUEST FOR COPIES OF DOCKET SHEET <br><br> (Doc. 328) <br><br> **Plaintiff's Opposition to Defendants' Motion for Terminating Sanctions Due: July 13, 2018** |

Plaintiff Raymond Alford Bradford is state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 21, 2018, Defendants filed a motion for terminating sanctions against Plaintiff. (Doc. 326.) Plaintiff's response or opposition is due on or before June 14, 2018.

Currently before the Court is Plaintiff's notice of change of address and declaration in support of motion for access to legal property and legal supplies and request for copies of docket sheet, filed May 29, 2018. (Doc. 328.)

Plaintiff states that on May 17, 2018, he was transferred from Richard J. Donovan (RJD) Correctional Facility to California State Prison – Los Angeles County. Plaintiff states that he is currently without access to his legal property and legal supplies, and is therefore being denied access

1

to the court. The Court construes Plaintiff's motion as a request for an extension of time to file a response to the pending motion for terminating sanctions, based on the unavailability of his legal materials.

Having considered Plaintiff's moving papers, the Court finds good cause to grant Plaintiff an extension of time to file a response to Defendants' motion for terminating sanctions. If Plaintiff has not been granted access to his legal property within the allotted time, he may file another request with the Court, or otherwise demonstrate good cause for a further extension of time.

To the extent Plaintiff requests a copy of the docket sheet for the purpose of confirming his change of address, the request is denied. Service of this order on Plaintiff at his current address of record shall confirm that Plaintiff's new current address is on record with the Court.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time to file a response to Defendants' motion for terminating sanctions, (ECF No. 328), is GRANTED; and
2. Plaintiff shall file his response or opposition on or before **July 13, 2018**.

IT IS SO ORDERED.

Dated: __May 31, 2018__          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE